## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NORTHWESTERN UNIVERSITY AND DR. FRASER STODDART | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 20-cv-05729 |
| PANACEANANO, INC. AND YOUSSRY BOTROS | ) ) ) | Judge Joan B. Gottschall |
| Defendants. | ) ) ) | Jury Trial Demanded |

## **NOTICE OF FILING**

To:  Counsel of Record

PLEASE TAKE NOTICE that on this 13th day of October, 2021, we filed electronically with the U.S District Court for the Northern District of Illinois, DEFENDANTS' ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES, a copy of which is hereby served upon you.


Dated: October 13, 2021

/s/ Daniel S. Klapman

Daniel S. Klapman -- ARDC No. 6243258 Fisher Cohen Waldman Shapiro LLP 1247 Waukegan Rd, Suite 100
Glenview, Illinois 60025
224-260-3090 – office
224-260-3090 - facsimile
dklapman@fishercohen.com

## CERTIFICATE OF SERVICE

I, Daniel Klapman, an attorney herein, hereby certifies that I caused a copy of the foregoing NOTICE OF FILING AND DEFENDANTS' ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES to be served upon the following:

Gary M. Elden
Hugh A. Abrams
Amy Y. Cho
Shook, Hardy & Bacon, L.L.P.
111 South Wacker Dr., Suite 4700
Chicago, IL 60606
gelden@shb.com
habrams@shb.com
acho@shb.com

Manish K. Mehta
Samuel J. Ruggio
Benesch, Friedlander, Coplan & Aronoff, LLP
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
mmehta@beneschlaw.com
sruggio@beneschlaw.com

Greg H. Parker
Parker Justiss, PC
14241 Dallas Parkway, Suite 620
Dallas, TX 75254
greg.parker@pj-iplaw.com
heidi.parker@pj-iplaw.com

Charanjit Brahma
Benesch, Friedlander, Coplan & Aronoff, LLP
One Montgomery Tower
120 Kearny Street, Suite 2700
San Francisco, CA 94101
cbrahma@beneschlaw.com

by causing a copy of same to be served via the CM/ECF System October 13, 2021.

/s/ Daniel S. Klapman
Daniel S. Klapman